834

ward *H. Cushman* for petitioners. *Joseph W. Henderson* and *Thomas F. Mount* for respondent.

No. 242. HILLCREA EXPORT & IMPORT CO., INC. ET AL. *v.* UNIVERSAL INSURANCE CO. C. A. 2d Cir. Certiorari denied. *Alfred B. Nathan* for petitioners. *Martin Detels* and *Vincent L. Leibell, Jr.* for respondent.

No. 243. BUTLER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO. Supreme Court of California. Certiorari denied. *Alvin Gershenson* for petitioner.

No. 244. RIVERCLIFF CO., INC. *v.* LINEBARGER ET AL., DOING BUSINESS AS LINEBARGER CONSTRUCTION CO., ET AL. Supreme Court of Arkansas. Certiorari denied. *William H. Donham* for petitioner. *E. Chas Eichenbaum* and *Edward L. Wright* for respondents.

No. 245. KESSLER *v.* FAUQUIER NATIONAL BANK, ADMINISTRATOR, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Marcus Borchardt* for petitioner. *John A. K. Donovan, Cornelius H. Doherty* and *Philip N. Brophy* for respondents.

No. 247. UNITED STATES *v.* SOUTHEASTERN OIL FLORIDA, INC. ET AL. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *J. Franklin Fort* for respondents.

No. 248. UNITED STATES *v.* CLAPP. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the